IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JONATHON DWAYNE HOBBS,                                                                PLAINTIFF
ADC # 167191

v.                                            2:22CV00224-DPM-JTK

ARKANSAS COUNTY DETENTION
CENTER, et al.                                                                        DEFENDANTS

### ORDER

Having reviewed Jonathon DWayne Hobbs's ("Plaintiff") Complaint, as amended (Doc. No. 1, 5) for screening purposes,[1] the Court concludes service of Plaintiff's condition of confinement claims against Defendants Dean Mannis, Tyran McCradic, Clayton Evans, Jemarian Kennedy, and Justin Midkiff is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Dean Mannis, Tyran McCradic, Clayton Evans, Jemarian Kennedy, and Justin Midkiff. The United States Marshal shall serve a copy of the Complaint (Doc. Nos. 1, 5), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore. Service should be attempted through the Arkansas County Detention Center, 1000 Ricebelt Avenue, DeWitt, AR 72042.

Dated this 17th day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).