IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JONATHON DWAYNE HOBBS
ADC #167191                                                                         PLAINTIFF

v.                         No. 2:22-cv-224-DPM-JTK

ARKANSAS COUNTY DETENTION
CENTER; ARKANSAS DEPARTMENT
OF CORRECTIONS; DEAN MANNIS,
Sheriff; TYRAN MCCRADIC,
Administrator; CLAYTON EVANS,
Maintenance; JEMARIAN KENNEDY,
Guard; and JUSTIN MIDKIFF, Guard                                         DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 8*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The Arkansas County Detention Center and Arkansas Department of Corrections are dismissed as defendants without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 April 2023