# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

JONATHON DWAYNE HOBBS,                                          PLAINTIFF
ADC # 167191

v.                              2:22CV00224-JTK

ARKANSAS COUNTY DETENTION
CENTER, et al.                                                  DEFENDANTS

## JUDGMENT

Based on the Order entered this date, Plaintiff's claims against Defendants Evans, Mannis, McCradic, Midkiff and Kennedy are DISMISSED with prejudice. All other claims have been dismissed without prejudice.

Dated this 1st day of May, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE